UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MCCARTHY,<br><br>    Plaintiff,<br><br>    v.<br><br>RAMESH B. PANCHAL; KALPANA PANCHAL; and DOES 1-10, inclusive,<br><br>    Defendant. | No. 1:16-cv-00337-DAD-MJS<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. No. 9) |

On July 7, 2016, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. No. 9.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated:  **July 7, 2016**                              /s/ Dale A. Drozd
                                              UNITED STATES DISTRICT JUDGE

1